**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-7741**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TIMOTHY W. MCCOY,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:92-cr-00189-IMK-1)

———————

Submitted: February 19, 2009    Decided: February 24, 2009

———————

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy W. McCoy, Appellant Pro Se. Samuel Gerald Nazzaro, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy W. McCoy appeals the district court's orders denying his Fed. R. Civ. P. 60(b) motion for reconsideration, his petition for a writ of coram nobis, and his second motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McCoy, No. 1:92-cr-00189-IMK-1 (N.D.W. Va. May 5 & Aug. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED